# No. 22-16993

In The

# United States Court of Appeals

For The Ninth Circuit

PATRICK CALHOUN, ET AL.,

*Plaintiffs-Appellants,*

v.

GOOGLE, LLC,

*Defendant-Appellee.*

*On Appeal From The United States District Court
For The Northern District of California
Hon. Yvonne Gonzales Rogers
No. 4:20-cv-05146-YGR*

## DEFENDANT-APPELLEE GOOGLE, LLC'S STATUS REPORT REGARDING MATTERS ON LIMITED REMAND

Stephen A. Broome
Viola Trebicka
QUINN EMANUEL, URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-30003
stephenbroome@quinnemanuel.com
violatrebicka@quinnemanuel.com

Andrew H. Schapiro
QUINN EMANUEL, URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400
andrewschapiro@quinnemanuel.com

*Attorneys for Defendant-Appellee*

## **STATUS REPORT**

Pursuant to the Court's March 31, 2023 order granting Defendant-Appellee Google, LLC's ("Google") motions for limited remand, Dkt. 30, Google respectfully submits the following status report notifying the Court that the district court has now resolved all issues on remand:

1. On January 19, 2023, Google filed a motion pursuant to Federal Rule of Appellate Procedure 12.1, requesting a limited remand to allow the district court to rule on Google's motion for relief from certain data preservation obligations. Dkt. 7-3. Google's January 19, 2023 motion for limited remand was fully briefed on February 6, 2023. *See* Dkt. 21.

2. On March 3, 2023, Google filed a motion pursuant to Federal Rule of Appellate Procedure 12.1, requesting a limited remand to allow the district court to consider and clarify whether its December 12, 2023 order granting Google's motion for summary judgment applies to six "dormant" claims that had been set aside at the outset of the case. Dkt. 24. Google's March 3, 2023 motion for limited remand was fully briefed on March 28, 2023. *See* Dkt. 28.

3. On March 31, 2023, this Court granted Google's motions, and remanded the case to the district court "for the limited purposes of ruling on: (1) the remaining requests in the motion for relief regarding preservation and (2) the scope

1

of the summary judgment order." Dkt. 30. The Court stayed briefing in this appeal,[1] and directed that "[w]ithin 14 days after the district court's rulings, appellee shall file a status report and/or motion for appropriate relief." *Id.*

4. On April 12, 2023, Magistrate Judge van Keulen ruled on Google's pending motion for relief regarding preservation, resolving all remaining requests in that motion. Case No. 4:20-cv-5146-YGR-SVK ("District Court") Dkt. 1011.

5. On April 12, 2023, the parties jointly filed a stipulation and proposed order concerning the scope of the district court's summary judgment ruling. District Court Dkt. 1013. Specifically, the parties stipulated that "the Court's [summary judgment] Order applies to and dismisses all claims, including the Dormant Claims." *Id.* at 1. The parties further stipulated that "If the Court deems it necessary, the Parties agree to append the following language to line 11 of page 27 of the [summary judgment] Order":

> "Following limited remand from the Ninth Circuit, the Court clarifies that this Order applies to all claims asserted in Plaintiffs' First Amended Complaint, including the six "Dormant Claims." Counts 1 (the federal Wiretap Act), 2 (Invasion of Privacy), 10 (Unjust Enrichment), and 12 (the California Computer Data Access and Fraud Act) are dismissed, following Plaintiffs' stipulation. Counts 15 (punitive damages) and 16 (declaratory judgment) are terminated because Plaintiffs may not recover punitive damages or obtain injunctive relief in the absence of any other live cause of action." *Id.* at 2.

---

[1] Prior to the stay in briefing, Appellants' brief was due on May 8, 2023, Google's answering brief was due on June 7, 2023, and Appellants' optional reply brief was due 21 days from the date of service of Google's answering brief. Dkt. 26.

6. On May 16, 2023, Judge Gonzalez Rogers so-ordered the parties' April 12, 2023 stipulation, District Court Dkt. 1018, and re-issued the December 12, 2022 summary judgment order with the stipulated language added to line 11 of page 27, District Court Dkt. 1019.

7. As detailed above, the district court has now issued rulings resolving all issues on limited remand from this Court.

Dated: May 30, 2023　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ *Andrew H Schapiro*
　　　　　　　　　　　　　　　　Andrew H. Schapiro
　　　　　　　　　　　　　　　　QUINN EMANUEL URQUHART
　　　　　　　　　　　　　　　　& SULLIVAN, LLP
　　　　　　　　　　　　　　　　191 N. Wacker Drive, Suite 2700
　　　　　　　　　　　　　　　　Chicago, IL 60606

　　　　　　　　　　　　　　　　Stephen A. Broome
　　　　　　　　　　　　　　　　Viola Trebicka
　　　　　　　　　　　　　　　　QUINN EMANUEL URQUHART
　　　　　　　　　　　　　　　　& SULLIVAN, LLP
　　　　　　　　　　　　　　　　865 S. Figueroa Street, 10th Floor
　　　　　　　　　　　　　　　　Los Angeles, California 90017

# CERTIFICATE OF SERVICE

I, Andrew H. Schapiro, hereby certify that on May 30, 2023, I electronically filed the foregoing status report with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

/s/ *Andrew H. Schapiro*
Andrew H. Schapiro