**No. 22-16993**

# In the United States Court of Appeals for the Ninth Circuit

_____

PATRICK CALHOUN, ELAINE CRESPO, MICHAEL HENRY, CORNICE WILSON, RODNEY JOHNSON, CLAUDIA KINDLER, on behalf of themselves and all others similarly situated,
*Plaintiffs-Appellants*,
v.
GOOGLE LLC,
*Defendant-Appellee.*

_____

On Appeal from the U.S. District Court for the Northern District of California
Case No. 4:21-cv-03725-YGR (The Hon. Yvonne Gonzalez Rogers)
_____

## MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE PLAINTIFFS-APPELLANTS' OPENING BRIEF
_____

The plaintiffs-appellants respectfully request a 30-day extension on their opening brief, from August 11, 2023 to September 11, 2023. Defendant-appellee consents to this extension. No party will be prejudiced by the requested extension.

Plaintiffs-appellants submit that there is good cause for this request: Lead appellate counsel for the plaintiff-appellant in this case, Matthew Wessler, has been heavily engaged with other appellate matters, including arguments and multiple briefs. He also has several pressing obligations that have taken up and will continue to take up substantial time over the next month. In addition, his colleagues have their own deadlines that will make it difficult for them to help prepare the brief absent an

1

extension. Specifically, Mr. Wessler and his colleagues have the following upcoming deadlines over the next month:

- A reply brief due in the Third Circuit in *Scanlan v. American Airlines*, No. 22-3294, on July 11, 2023;

- A petition for certiorari due in the U.S. Supreme Court in *Bissonnette v. LePage Bakeries*, No. 22A984, on July 17, 2023;

- A reply brief due in the New Mexico Supreme Court in *Sanchez v. United Debt Counselors*, No. S-1-SC-39563, on July 23, 2023;

- A reply brief due in the Ninth Circuit in *Donahue v. Union Pacific Railroad Co.*, No. 22-16847, on July 26, 2023;

- A reply brief due in the Ninth Circuit in *Anderson v. Intel*, No. 22-16268, on July 28, 2023;

- A response brief due in the California Court of Appeal in *McCormack v. Ford*, No. G061849, on July 31, 2023;

- A brief in opposition due in the U.S. Supreme Court in *Abbott v. DuPont*, No. 23-13, on August 4, 2023;

- A reply brief due in the Ninth Circuit in *Zaragoza v. Union Pacific*, No. 23-50194, on August 4, 2023; and

- A reply brief due in the Seventh Circuit in *Taylor v. Salvation Army*, No. 23-1218, on August 11, 2023.

For the foregoing reasons, this motion for a 30-day extension of time to September 11, 2023 to file the plaintiffs-appellants' opening brief should be granted.

Respectfully submitted,

*/s/Matthew W.H. Wessler*
MATTHEW W.H. WESSLER
GUPTA WESSLER LLP
2001 K St. NW, Suite 850 North
Washington, DC 20006
(202) 888-1741
*matt@guptawessler.com*

*Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because this motion contains 332 words, excluding the parts exempted by Rule 32(f). This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Baskerville font.

July 11, 2023                                                                */s/ Matthew W.H. Wessler*
                                                                             Matthew W.H. Wessler

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2023, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. Court of Appeals for the Ninth Circuit by using the CM/ECF system. All participants will be served by the CM/ECF system.

*/s/ Matthew W.H. Wessler*
Matthew W.H. Wessler
