**No. 22-16993**

# In the United States Court of Appeals for the Ninth Circuit

PATRICK CALHOUN, ELAINE CRESPO, MICHAEL HENRY, CORINICE WILSON, RODNEY JOHNSON, and CLAUDIA KINDLER,
*Plaintiffs-Appellants,*

v.

GOOGLE LLC,
*Defendant-Appellee.*

On Appeal from the United States District Court
for the Northern District of California
Case No. 4:20-cv-05146 (Hon. Yvonne Gonzales Rogers)

### PLAINTIFFS-APPELLANTS' EXCERPTS OF RECORD: INDEX VOLUME (REDACTED)

NEIL K. SAWHNEY
GUPTA WESSLER LLP
505 Montgomery Street
Suite 625
San Francisco, CA 94111
(415) 573-0336

MATTHEW W.H. WESSLER
GUPTA WESSLER LLP
2001 K Street NW
Suite 850 North
Washington, DC 20006
(202) 888-1741
*matt@guptawessler.com*

(*Counsel continued on inside cover*)

September 25, 2023             *Counsel for Plaintiffs-Appellants*

LESLEY WEAVER
BLEICHMAR FONTI & AULD, LLP
1330 Broadway, Suite 630
Oakland, CA 94612
(415) 797-2617s

DAVID A. STRAITE
CORBAN S. RHODES
DICELLO LEVITT LLP
485 Lexington Avenue, 10th Floor
New York, NY 10017
(646) 933-1000

ADAM J. LEVITT
AMY E. KELLER
ADAM PROM
DICELLO LEVITT LLP
10 North Dearborn Street, 6th Floor
Chicago, IL 60602
(312) 214-7900

JASON O. BARNES
THIEN AN VINH TRUONG
SIMMONS HANLY CONROY, LLC
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6276

ERIC S. JOHNSON
JENNIFER M. PAULSON
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-6231

# INDEX

| VOLUME I | | | |
|---|---|---|---|
| Dkt. | Date | Document | Page |
| 937 | December 12, 2022 | Judgment | ER-3 |
| 935 | December 12, 2022 | Order Granting Google's Motion for Summary Judgment; Denying Plaintiffs' Motion for Class Certification as Moot; and Order re Pending Administrative Motions | ER-4 |

| VOLUME II | | | |
|---|---|---|---|
| Dkt. | Date | Document | Page |
| 941 | December 20, 2022 | Plaintiffs' Notice of Appeal | ER-35 |
| - | October 24, 2022 | Transcript of Evidentiary Hearing, Pages 1–271 and 321–330 | ER-39 |
| 858 | September 1, 2022 | Order re Evidentiary Hearing | ER-321 |

| VOLUME III | | | |
|---|---|---|---|
| Dkt. | Date | Document | Page |
| 462-35 | January 10, 2022 | Ex. 34 to Declaration of Jay Barnes In Support of Plaintiffs' Opposition to Google's Motion for Summary Judgment – Google's December 19, 2019 Privacy Policy | ER-325 |
| 462-34 | January 10, 2022 | Ex. 33 to Declaration of Jay Barnes In Support of Plaintiffs' Opposition to Google's Motion for Summary Judgment – May 20, 2020 Chrome Privacy Notice | ER-356 |
| 462-33 | January 10, 2022 | Ex. 32 to Declaration of Jay Barnes In Support of Plaintiffs' Opposition to Google's Motion for Summary | ER-369 |

| | | Judgment March 31, 2020 Terms of Service | |
|---|---|---|---|
| 430-1 | December 22, 2021 | Excerpts from Ex. 1 to Google's Opposition to Motion to Certify Class Expert Report of Yiling Chen, PH.D. | ER-387 |
| 142 | March 17, 2021 | Order Granting in Part and Denying in Part Motion to Dismiss with Leave to Amend | ER-396 |

| VOLUME IV (FILED UNDER SEAL) | | | |
|---|---|---|---|
| **Dkt.** | **Date** | **Document** | **Page** |
| - | October 24, 2022 | Transcript of Evidentiary Hearing, Pages 272 320 | ER-437 |
| - | October 12, 2022 | Plaintiffs' Supplemental Outline of Testimony and Opinions for Prof. Zubair Shafiq Pursuant to Dkt. Nos. 872 & 879 (Not to be filed) | ER-492 |
| 909-16 | June 29, 2022 | Ex. 79 to Plaintiffs' Sur-Reply in Further Opposition to Google's Motion for Summary Judgment Transcript of Deposition of Sabine Borsay | ER-536 |
| 909-14 | June 29, 2022 | Ex. 78 to Plaintiffs' Sur-Reply in Further Opposition to Google's Motion for Summary Judgment ▬▬▬ Perspective Report | ER-544 |
| 909-12 | June 29, 2022 | Ex. 77 to Plaintiffs' Sur-Reply in Further Opposition to Google's Motion for Summary Judgment Collection of Notes from Conversations between ▬▬▬ Team and Google Stakeholders | ER-550 |
| 909-10 | June 29, 2022 | Ex. 76 to Plaintiffs' Sur-Reply in Further Opposition to Google's | ER-623 |

| | | Motion for Summary Judgment Report of Zubair Shafiq | |
|---|---|---|---|
| 862-1 | September 8, 2022 | Order on Plaintiffs' Motion for Sanctions for Discovery Misconduct | ER-634 |

| **VOLUME V (FILED UNDER SEAL)** | | | |
|---|---|---|---|
| **Dkt.** | **Date** | **Document** | **Page** |
| 482-11 | February 16, 2022 | Ex. EEE to Plaintiffs' Reply in Support of Class Certification Rebuttal Report of Professor Zubair Shafiq | ER-699 |
| 482-9 | February 16, 2022 | Ex. DDD to Plaintiffs' Reply in Support of Class Certification Expert Rebuttal Report of Russell W. Magnum III, PH.D. | ER-764 |
| 462-67 | June 29, 2022 | Ex. 66 to Declaration of Jay Barnes in Support of Plaintiffs' Opposition to Google's Motion for Summary Judgment — Expert Report of Professor Joseph Turow | ER-820 |
| 462-64 | June 29, 2022 | Ex. 63 to Declaration of Jay Barnes in Support of Plaintiffs' Opposition to Google's Motion for Summary Judgment — Expert Declaration of Leslie K. John | ER-870 |
| 462-62 | June 29, 2022 | Ex. 61 to Declaration of Jay Barnes in Support of Plaintiffs' Opposition to Google's Motion for Summary Judgment — Google Document re Perspective Draft | ER-916 |
| 462-59 | June 29, 2022 | Ex. 58 to Declaration of Jay Barnes in Support of Plaintiffs' Opposition to Google's Motion for Summary Judgment — Google Document: Chrome — "A Privacy-First Browser" | ER-941 |

| Dkt. | Date | Document | Page |
|---|---|---|---|
| 462-56 | June 29, 2022 | Ex. 55 to Declaration of Jay Barnes in Support of Plaintiffs' Opposition to Google's Motion for Summary Judgment – Google Presentation re Use of Browsing Data | ER-945 |

| VOLUME VI (FILED UNDER SEAL) |||| 
|---|---|---|---|
| Dkt. | Date | Document | Page |
| 462-45 | June 29, 2022 | Ex. 44 to Declaration of Jay Barnes in Support of Plaintiffs' Opposition to Google's Motion for Summary Judgment – Google Document re Browsing Data | ER-987 |
| 462-40 | June 29, 2022 | Ex. 39 to Declaration of Jay Barnes in Support of Plaintiffs' Opposition to Google's Motion for Summary Judgment – Google Document re Ads Identity & Infrastructure | ER-1061 |
| 462-39 | June 29, 2022 | Ex. 38 to Declaration of Jay Barnes in Support of Plaintiffs' Opposition to Google's Motion for Summary Judgment – Google Document re Display Ads: ▮▮▮▮ | ER-1197 |
| 462-38 | June 29, 2022 | Ex. 37 to Declaration of Jay Barnes in Support of Plaintiffs' Opposition to Google's Motion for Summary Judgment – Internal Google Emails re X-Client-Data Headers | ER-1254 |
| 462-37 | June 29, 2022 | Ex. 36 to Declaration of Jay Barnes in Support of Plaintiffs' Opposition to Google's Motion for Summary Judgment – Internal Google Emails re X-Client-Data Headers | ER-1256 |
| 462-26 | June 29, 2022 | Ex. 25 to Declaration of Jay Barnes in Support of Plaintiffs' Opposition to | ER-1258 |

| | | Google's Motion for Summary Judgment – Report of Professor Zubair Shafiq | |

| VOLUME VII (FILED UNDER SEAL) ||||
|---|---|---|---|
| Dkt. | Date | Document | Page |
| 462-21 | June 29, 2022 | Ex. 20 to Declaration of Jay Barnes in Support of Plaintiffs' Opposition to Google's Motion for Summary Judgment – Google Document re ▓▓▓▓▓ | ER-1287 |
| 462-19 | June 29, 2022 | Ex. 18 to Declaration of Jay Barnes in Support of Plaintiffs' Opposition to Google's Motion for Summary Judgment – Google Internal Emails re X-Client-Data Header | ER-1289 |
| 462-17 | June 29, 2022 | Ex. 16 to Declaration of Jay Barnes in Support of Plaintiffs' Opposition to Google's Motion for Summary Judgment – Google Meeting Agenda | ER-1292 |
| 462-2 | June 29, 2022 | Ex. 1 to Declaration of Jay Barnes in Support of Plaintiffs' Opposition to Google's Motion for Summary Judgment – Transcript of Deposition of Abdelkarim Mardini (Excerpts) | ER-1316 |
| 393-4 | November 30, 2021 | Declaration of Gregory Fair in Support of Google's Motion for Summary Judgment | ER-1347 |
| 340-16 | October 14, 2021 | Expert Report of Richard M. Smith in Support of Plaintiffs' Motion for Class Certification | ER-1398 |

| VOLUME VIII (FILED UNDER SEAL) ||||
| :---: | :---: | :---: | :---: |
| **Dkt.** | **Date** | **Document** | **Page** |
| 340-16 | October 14, 2021 | Expert Report of Richard M. Smith in Support of Plaintiffs' Motion for Class Certification (cont.) | ER-1536 |
| 162-3 | April 16, 2021 | First Amended Class Action Complaint and Demand for Jury Trial | ER-1546 |