UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 19 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

PATRICK CALHOUN; et al.,

        Plaintiffs - Appellants,

v.

GOOGLE, LLC,

        Defendant - Appellee.

No. 22-16993

D.C. No. 4:20-cv-05146-YGR
U.S. District Court for Northern California, Oakland

**ORDER**

The redacted excerpts of record submitted on December 19, 2023 by Michael Henry, Elaine Crespo and Patrick Calhoun are filed. No paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT